FILED'05 APR 27 15:04USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 05-184 MO |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| BRENT DAVID LUYSTER, | ) | [18 U.S.C. §§ 513(a) & 1708] |
| | ) | |
| Defendant. | ) | |

### THE GRAND JURY CHARGES:

### COUNT 1 - POSSESSION OF STOLEN MAIL

On or about January 30, 2005, in Portland, Multnomah County, in the District of Oregon, BRENT DAVID LUYSTER, defendant herein, unlawfully had in his possession a check which had previously been stolen from the United States mail, specifically, check number 2126 drawn on the Washington Mutual Bank account of Breann Campbell, made payable to Chase Freedom in the amount of $1,800.00, defendant well knowing said check was stolen; all in violation of Title 18, United States Code, Section 1708.

### COUNT 2 - POSSESSION OF STOLEN MAIL

On or about January 30, 2005, in Portland, Multnomah County, in the District of Oregon, BRENT DAVID LUYSTER, defendant herein, unlawfully had in his possession a check which had previously been stolen from the United States mail, specifically, check number 22443 drawn on the Bank of America account of Central Garden and Pet, Lafayette, California, in the amount of $14,123.77, with the payee name erased, dated November 5, 2004, defendant well knowing said check was stolen; all in violation of Title 18, United States Code, Section 1708.

## COUNT 3 - POSSESSION OF A COUNTERFEIT SECURITY

On or about January 30, 2005, in Portland, Multnomah County, in the District of Oregon, BRENT DAVID LUYSTER, defendant herein, possessed a counterfeited security of an organization, namely, counterfeit check number 3168 drawn on the Bank of America account of Scott Ryan Bever, made payable to Office Depot in the amount of $149.96, defendant possessing said counterfeit check with the intent to deceive another person and organization, namely, the Bank of America and one or more of its employees; all in violation of Title 18, United States Code, Section 513(a).

Dated this 26th day of April 2005.

(A TRUE BILL.

Presented by:

KARIN J. IMMERGUT
United States Attorney
District of Oregon

/s/ Stephen F. Peifer
STEPHEN F. PEIFER, OSB #74252
Assistant United States Attorney

Page 2 -    INDICTMENT