FILED'06 JAN 24 13:34USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 05-184-MO |
| | ) | |
| v. | ) | **ORDER DISMISSING INDICTMENT** |
| | ) | **DUE TO DEATH OF DEFENDANT** |
| BRENT DAVID LUYSTER, | ) | |
| | ) | |
| Defendant. | ) | |

This case came before the court on motion of the government to dismiss the indictment

due to the death of the defendant.  The court hereby **GRANTS** the government's motion and the

within indictment is **ORDERED** dismissed.

**IT IS SO ORDERED** this 24 day of January 2006.

THE HONORABLE MICHAEL W. MOSMAN
UNITED STATES DISTRICT JUDGE

Presented by:

KARIN J. IMMERGUT, OSB #96314
United States Attorney
District of Oregon

STEPHEN F. PEIFER, OSB #74252
Assistant United States Attorney